HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL A. STOKES, a single man,<br><br>Plaintiff,<br><br>v.<br><br>ANNIE'S RVs LLC, a Washington Limited Liability Company; ANN WHITE and JOHN DOE WHITE, wife and husband and the marital community composed thereof; FOREST RIVER, INC., a foreign business entity; RED CANOE CREDIT UNION, a Washington financial institution; UNITED STATES WARRANTY E.S.P. CORPORATION, a foreign corporation; RV TRANSPORT INC., a foreign corporation; and WESTERN SURETY COMPANY a foreign insurance company,<br><br>Defendants. | Case No. 3:20-cv-05974-BHS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RV TRANSPORT INC.'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on defendant RV Transport Inc.'s Motion for Summary Judgment. The Court having reviewed the briefing on this matter, as well as the pleadings on file, and is otherwise fully informed,

IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE and without leave to replead.

DATED this _____ day of _____, 2021.

133411.0001/8620266.1
[PROPOSED] ORDER GRANTING DEF RV
TRANSPORT INC.'S MOTION FOR SUMMARY
JUDGMENT (3:20-cv-05974-BHS) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Honorable Benjamin H. Settle
U.S. District Judge

Presented by:

Lane Powell PC

By s/ Hans N. Huggler
    Hans N. Huggler, Bar No. 51662
1600 A Street, Suite 304
Anchorage, AK  99501
Phone:  907.277.9511
E-mail:  hugglerh@lanepowell.com

Of Attorneys for Defendant RV Transport Inc.

133411.0001/8620266.1
[PROPOSED] ORDER GRANTING DEF RV
TRANSPORT INC.'S MOTION FOR SUMMARY
JUDGMENT (3:20-cv-05974-BHS) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107