UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL A. STOKES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANNIE'S RVs, LLC, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C20-5974 BHS<br><br>ORDER |

THIS MATTER is before the Court on Defendant Western Surety Company's unopposed motion for summary judgment, Dkt. 74. Plaintiff Stokes asserted an Auto Dealers Act claim under RCW Chapter 46.70 against Defendant Annie's RVs, LLC. *See* Dkt. 1-2, ¶¶ 5.9–5.16. He sought indemnification from Annie's RVs' surety, Western. *See id.* ¶ 3.18. This Court dismissed with prejudice Stokes' ADA claim against Annie's RVs, Dkt. 72, which Western persuasively argues is dispositive as to Stokes' claim against Western, Dkt. 74 at 4–5.

Stokes has not responded, and the parties' Joint Status Report indicates that he is agreeable to the dismissal of his claims against Western. *See* Dkt. 83.

ORDER - 1

1     Western's Motion for Summary Judgment, Dkt. 74, is therefore GRANTED, and

2 Stokes' claims against Defendant Western Surety are DISMISSED with prejudice.

3     **IT IS SO ORDERED.**

4     Dated this 18th day of April, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge